UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DEMETRIOUS D. JOHNSON,

      Plaintiff,

v.                                                                      Case No.:  2:26-cv-27-SPC-NPM

LEE COUNTY SHERIFF'S
OFFICE *et al.*,

      Defendants.
_____/

## OPINION AND ORDER

Before the Court is Plaintiff Demetrious D. Johnson's Amended Complaint (Doc. 1).  Johnson is a pretrial detainee in Lee County Jail, and he seeks monetary damages from the county and county officials.  The Court dismissed Johnson's original complaint under 28 U.S.C. § 1915(e)(2) because it did not comply with Federal Rule of Civil Procedure 10, the factual allegations were too vague, and it appeared to assert unrelated claims against separate defendants.

The Court gave Johnson leave to amend with the following instructions:

> To continue this action, Johnson must file an amended complaint that states his specific factual allegations in separate, numbered paragraphs. An amended complaint must give each defendant fair notice of the factual basis for the claim(s) asserted against him.  If Johnson's claims against the defendants arise from separate, unrelated incidents, he can only pursue one in this action.  To pursue more than one unrelated claim, Johnson must file separate complaints.

(Doc. 5 at 3).   Johnson ignored the Court's instructions when drafting his amended complaint. In fact, he attempted to add more unrelated claims to this action.

Because Johnson failed to comply with the Court's order, this action is **DISMISSED without prejudice** for abuse of the judicial process.   *See Malautea v. Suzuki Motor Co., Ltd.*, 987 F.2d 1536, 1544 (11th Cir. 1993) (characterizing failure to comply with court orders as abuse of the judicial process).   The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE** and **ORDERED** in Fort Myers, Florida on March 5, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties of Record

2