UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DEMETRIOUS D. JOHNSON,

Plaintiff,

v. Case No.: 2:26-cv-27-SPC-KRH

LEE COUNTY SHERIFF'S OFFICE *et al.*,

Defendants.
_________________________________/

**OPINION AND ORDER**

Before the Court are Demetrious Johnson's Motion to Reinstate Case (Doc. 15), Motion to Undismiss Case (Doc. 16), Motion to File Out of Time (Doc. 17), Motion for Relief from the Obligation to Pay in Advance the Full Filing Fee (Doc. 18), and construed motion to expedite (Doc. 20). Johnson is a former detainee in Lee County Jail, and he sued several jail officials. On February 2, 2026, the Court dismissed his initial complaint because it did not comply with Federal Rule of Civil Procedure 10, the allegations were too vague, and the complaint asserted unrelated claims against separate defendants. Johnson filed an amended complaint, but it did not correct the deficiencies in the original. As a result, the Court dismissed the action for abuse of the judicial process, entered judgment, and closed the case. Johnson appealed, but the 11th Circuit dismissed the appeal for want of prosecution.

Johnson now asks the Court to reopen the case and promptly resolve it by awarding damages, but he gives no good reason for the Court to do so. Accordingly, his motions (Docs. 15, 16, 17, 18, and 20) are **denied**.

**DONE** and **ORDERED** in Fort Myers, Florida on October 8, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record